155 So. 919

### J. E. GRAY v. W. B. CRUTCHER et al.
### 8 Div. 978.

Court of Appeals of Alabama.
May 22, 1934.

Fred Wall, of Athens, for appellant.

R. B. Patton and D. L. Rosenau, Jr., both of Athens, for appellees.

SAMFORD, Judge.
Affirmed.

159 So. 891

### Mack GRAY v. STATE.
### 4 Div. 123.

Court of Appeals of Alabama.
Jan. 15, 1935.

Guy W. Winn, of Clayton, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.

163 So. 906

### William GRAY v. STATE.
### 7 Div. 142.

Court of Appeals of Alabama.
Oct. 29, 1935.

RICE, Judge.
Affirmed.

153 So. 920

### Arlie B. GREEN v. STATE.
### 8 Div. 863.

Court of Appeals of Alabama.
March 6, 1934.

BRICKEN, Presiding Judge.

This appellant, defendant in the court below, was indicted, tried, and convicted of the offense of grand larceny; the specific charge being that he feloniously took and carried away from the person of Sidney Ikard, one $10 bill, four $5 bills, three $1 bills, lawful money of the United States of America, the personal property of Sidney Ikard. The court duly sentenced him to an indeterminate term of imprisonment in the penitentiary for not less than nine years or more than ten years. From the judgment of conviction this appeal was taken.

There is no bill of exceptions in the transcript; the appeal being rested upon the record proper. The question of the regularity of the record only is presented. Upon examination we find no error apparent upon the record; hence the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

160 So. 920

### Harry GREENWOOD et al. v. Juanita ROE.
### 6 Div. 764.

Court of Appeals of Alabama.
April 18, 1935.

PER CURIAM.

Appeal dismissed for want of prosecution.

153 So. 921

### Carrie GREER v. STATE.
### 8 Div. 832.

Court of Appeals of Alabama.
March 6, 1934.

RICE, Judge.
Affirmed.

163 So. 906

### Columbus C., alias Lum, GRIGGS v. STATE.
### 4 Div. 181.

Court of Appeals of Alabama.
Oct. 29, 1935.

RICE, Judge.
Affirmed.